MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA BETH KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:  Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-0541-CW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AS TO DEFENDANTS SALVO AND HARTSINCK |
| v. | |
| JAMIE LYNN SALVO, and DENAE HARTSINCK, | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendants through their undersigned attorneys that the status hearing presently set for January 31, 2011, be continued to February 9, 2011 at 9:30 a.m. for arraignment on the superseding indictment.  This continuance applies only to defendants Salvo and Hartsinck.  In addition, the parties continue to review discovery and conduct necessary investigation.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties

STIPULATION AND ORDER
CR-10-0541-CW

agree that the waiver covers all time between the date of this stipulation and February 9, 2011.

IT IS SO STIPULATED:

Dated: January 25, 2011  /S/
ANGELA HANSEN
Assistant Federal Public Defender
*Attorney for Salvo*

Dated: January 25, 2011  /S/
ED SWANSON
Swanson & McNamara LLP
*Attorney for Hartsinck*

Dated: January 25, 2011  /S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 31, 2011 is hereby rescheduled for February 9, 2011 at 9:30 a.m. for arraignment on the superseding indictment only as to defendants Jamie Lynn Salvo and Denae Hartsinck.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 25, 2011 and February 9, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 25, 2011 and February 9, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between January 25, 2011 and February 9, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 26, 2011

HONORABLE DONNA M. RYU
United States Magistrate Judge